COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In re Melanie D. Horton

Appellate case number:     01-21-00324-CV

Trial court case number:   2020-39175

Trial court:               80th District Court of Harris County

Relator, Melanie D. Horton, has filed a petition for a writ of mandamus. The Court requests a response to the petition from the real party in interest, Kafi, Inc. **The response, if any, is due to be filed with this Court no later than twenty days of the date of this order.**

It is so ORDERED.

Judge's signature: ___/s/ Amparo Guerra_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: __July 1, 2021____